UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID F. BROCHU**,

Debtor(s)

Chapter 13

Case No. 15-20559

### RESPONSE TO MOTION TO DISMISS

NOW COMES the Debtor, by and through the undersigned Counsel, and respectfully responds to the New Hampshire Bureau of Securities Regulation's Motion to Dismiss as follows:

1. Debtor acknowledges that he will need to find employment once his income stream terminates. At this time, he is an individual with regular income.

2. Debtor acknowledges that the online valuations for his properties are not appraisals.

3. The Debtor acknowledges that the valuation fluctuates on a daily basis. The listed value was determined on the date of filing. On September 15, 2015, Realtor.com lists a value of $783,000.

4. Debtor acknowledges that the Bureau made an assessment against him prepetition, but disputes that assessment and posits that it is contingent.

5. Debtor intends to amend his schedules to list at least one additional creditor, but posits that corporate creditors are not necessarily his personal creditors.

WHEREFORE, Debtor respectfully requests this Court Deny the Bureau's Motion to Dismiss, and grant such other and additional relief as it deems just and necessary.

Dated at Portland, Maine, this 15th day of September 2015.

LAW OFFICE OF J. SCOTT LOGAN, LLC

By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtors
75 Pearl Street, Ste. 211
Portland, Maine 04101
(207) 699-1314

### CERTIFICATE OF SERVICE

I, J. Scott Logan, Esq., do hereby certify that I am over eighteen years old and I have this day caused a true and correct copy of Response to be served on the parties at the addresses set forth on the Service List attached hereto via either electronically or via first class U.S. Mail, postage prepaid.

Notice will be electronically mailed, via ECF to:

U.S. Trustee's Office

Peter C. Fessenden, Esq., Chapter 13 Trustee
All other parties who have registered for electronic notice

By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtors
75 Pearl Street Ste. 211
Portland, Maine 04101
(207) 699-1314