UNITED STATES BANKRUPTCY COURT
District of Maine

In the matter of

| | |
|---|---|
| DAVID F. BROCHU | Chapter 13 |
| Debtor | Docket # 15-20559 |

### TRUSTEE'S OBJECTION TO CLAIMS OF EXEMPTION

NOW COMES the standing Chapter 13 trustee Peter C. Fessenden and objects to the debtor's claim of exemption in the proceeds of sale of an asset to the extent of $5,000 pursuant to 11 U.S.C. §522(d)(11)(E) as set forth on his Schedule C.

1/    The debtor filed for relief under Chapter 13 on August 6, 2015.   The first meeting of creditors was held on September 11, 2015.   This objection is timely filed pursuant to Fed.R.Bank.P. 4003(b).

2/    At Schedule B.18, the debtor listed his interest in a certain deferred compensation stream of payments from the sale of his businesses valued at $25,200.  On Schedule C, he claimed $12,725 as exempt pursuant to 11 U.S.C. §522(d)(5) where he was a resident of the State of New Hampshire during the greatest part of the 24 months preceding this bankruptcy filing. The trustee does not object to that claim of exemption.

3/    The debtor further claimed an exemption of $5,000 pursuant to 11 U.S.C. §522(d)(11)(E) as a "payment in compensation of loss of future earnings…"   The claim of exemption under §522(d)(11)(E) is improper and should be disallowed (in any amount) because proceeds of sale of business assets are not "compensation of loss of future earnings."

WHEREFORE, the trustee prays that his objection be sustained and that the debtor's claim of exemption in the deferred compensation asset be limited to $12,725 pursuant to §522(d)(5), but should otherwise be disallowed.

22 September 2015                           /s/    *Peter C. Fessenden*
                                            -----------------------------------------------------------
                                            PETER C. FESSENDEN, Esq.
                                            Standing Chapter 13 Trustee
                                            Post Office Box 429
                                            Brunswick, Maine  04011-0429
                                            (207) 725-1300

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In the matter of:

**David F. Brochu,**

Debtor

Chapter 13
Case No. 15-20559

**NOTICE OF HEARING - RESPONSE REQUIRED**

The standing Chapter 13 trustee has filed an **Objection to Exemption(s)** in this case with the United States Bankruptcy Court. A copy of the objection is enclosed with or attached to this notice.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not agree with the trustee or if you want to the court to consider your views, you or your attorney must file a written response on or before **October 26, 2015**, setting forth your position and the action you wish the court to take. The original should be filed with the United States Bankruptcy Court, **537 Congress St., 2nd floor, Portland, ME**. If you mail your response to the court for filing, you must mail it early enough so the court will *receive* it by the date stated above.

You must also mail a copy to the Standing Chapter 13 Trustee at the address set forth below, and any other parties in interest whose names and addresses appear on the certificate of service.

**A hearing will be held before the United States Bankruptcy Court, 537 Congress St., 2nd floor, Portland, ME., on November 4, 2015, at 9:00 a.m., or as soon thereafter as the case may be called.**

If you or your attorney do not file a written response, the court may decide that you do not oppose the trustee's position and may enter an order granting the relief sought.

Date:   September 22, 2015

/s/ *Peter C. Fessenden*
_____
PETER C. FESSENDEN, Esq. (Trustee)
Standing Chapter 13 Trustee
Post Office Box 429
Brunswick, Maine  04011-0429
(207) 725-1300

# CERTIFICATE OF SERVICE
# FOR ELECTRONIC CASE FILING

I, **Peter C. Fessenden, Esq.**, hereby certify that I caused a true, correct and complete copy of the documents listed below to be served either by First Class U.S. Mail, postage prepaid, or electronically by this Court's ECF system, on this day, upon each of the parties listed below, as follows:

Documents Served:
1. Trustee's Objection to Exemption;
2. Notice of Hearing; and
3. Proposed order

Parties Served Electronically by ECF Email:

Stephen Morrell, Esq., AUST
J. Scott Logan, Esq., Debtors' Counsel

*All other parties listed on N.E.F. as being served electronically.*

Parties Served by U.S. Mail:

David F. Brochu
1033 N Berwick Road
Wells, ME 04090

Signed:

Date:  September 22, 2015          /s/ *Peter C. Fessenden*
                                   _____
                                   PETER C. FESSENDEN, Esq. (Trustee)
                                   Standing Chapter 13 Trustee
                                   Post Office Box 429
                                   Brunswick, Maine  04011-0429
                                   (207) 725-1300