THE STATE OF NEW HAMPSHIRE
JUDICIAL BRANCH
http://www.courts.state.nh.us

| | |
|---|---|
| Court Name: | Ossipee Family Division |
| Case Name: | Alexis Brochu and David Brochu |
| Case Number: (if known) | #630-2013-DM-00173 |

# FINANCIAL AFFIDAVIT

### 1. General Information

| | |
|---|---|
| Name | David Brochu |
| Street Address | 1033 North Berwick Rd. |
| Town/City, State, Zip | Wells, ME 04090 |
| Mailing Address, if different | PO Box 574 Ctr. Conway, NH 03813 |
| Date of Birth | [redacted] |
| Social Security Number | [redacted] |
| Highest Grade or Degree Completed | 10 |
| Date of Marriage | [redacted] |
| Date of Separation or Divorce | [redacted] |

### 2. Children born to, or adopted by, the Parties (Full Name DOB, and SSN)

- [redacted] Brochu [redacted]
- [redacted] Brochu [redacted]
- [redacted] Brochu [redacted]
- [redacted] Brochu [redacted]

2a. Number of people currently living in household including self: 6

### 3. Employment Information

Name, Address & Phone Number of Employer
N/A

Date and Place of Last Employment
2/20/2014 (self employed)
Kleossum Advisors, Brochu Family Farm, SFFW, LLC

Job Skills

### 4. Monthly Income - Miscellaneous

| | |
|---|---|
| AFDC, TANF, and Food Stamps | $ 0.00 |
| Other Public Assistance | $ 0.00 |
| Children's Income | $ 0.00 |
| Child Support | $ 0.00 |

### 5. Monthly Income Before Taxes

| | |
|---|---|
| Base Pay from Salary, Wages | $ 0.00 |
| Overtime and Shift Differential | $ 0.00 |
| Commissions, Tips, Bonuses | $ 0.00 |
| Part-time Employment | $ 0.00 |
| Self-employment | $ 0.00 |
| Unemployment and Veteran's Benefits | $ 0.00 |
| Disability, Workers' Compensation | $ 0.00 |
| Pension and Retirement Benefits | $ 0.00 |
| Social Security Benefits (SSA) | $ 0.00 |
| Interest and Dividends | $ 0.00 |
| Trust and Other Investment Income | $ 0.00 |
| Rental Income and Business Profits | $ 0.00 |
| All other sources | $ 0.00 |
| **Total Section 5 Monthly Income** | **$ 0.00** |

### 6. Monthly Expenses

| | |
|---|---|
| Court Ordered Support for Others | $ 0.00 |
| State Income Taxes | $ 0.00 |
| Mandatory Pension | $ 0.00 |
| Health Insurance for Parties' Children | $ 0.00 |
| Day Care for Parties' Children | $ 0.00 |
| **Total Section 6 Monthly Expenses** | **$ 0.00** |

### 7. Assets

| Assets | Fair Market Value | Related Debt | Additional Information |
|---|---|---|---|
| Homestead | $ 450,000.00 | $ 290,000.00 | In default (compiled) LOC 200,000 write off |
| Other Real Estate | $ 800,000.00 | $ 960,000.00 | In default 4 years |
| Primary Motor Vehicle | $ 15,000.00 | | 2013 Dodge Caravan |
| Other Motor Vehicles | $ 3,000.00 | | 2004 GMC Yukon Denali |
| Furniture and Appliances | $ 70,000.00 | | All Household & Personal Property Items |
| Checking Accounts | $ | $ | |
| Investments | $ 200,000.00 | $ | Farm and related equipment |
| Life Insurance | $ | $ | |
| Business Interests | $ | $ | |
| Pensions | $ | $ | |
| Retirement Accounts | $ 25,000.00 | $ | |

| Case Name: | Alexis Brochu and David Brochu |
|---|---|
| Case Number: | #630-2013-DM-0012 |

**FINANCIAL AFFIDAVIT**

**8. Additional Assets** - If you have an interest in any property which is held solely or jointly by you with any other person or entity, and which has not already been disclosed, or if you are owed money from any source, please explain:

**9. Tax Return Information**
- Year of last return filed: 2013
- Single or joint return: Joint
- My Total W-2s and 1099s = $
- [ ] If Self-employed, check here and attach copy of most recent IRS Schedule C.

**11. Debts**

| Who is debt owed to? | Who owes debt? | Balance |
|---|---|---|
| BOA | DB + AB | $ 1,000,000.00 |
| Chase | DB + AB | $ 90,000.00 |
| FIA Card Svs | AB | $ 90,000.00 |
| PNC | DB + AB | $ 300,000.00 |
| Misc Bus. Debt | DB + AB | $ 750,000.00 |

**10. Insurance**

Life
- Company:
- Type and Face Amount:
- Beneficiaries:

Health
- Company: Anthem Blue Cross
- Type: Major Medical
- Description of Coverage:

Dental
- Company:
- Description of Coverage:

**12. Retirement Plans**
- Plan or Account Name:
- Type:
- Most Recent Value $
- Value at Filing $
- If Defined Benefit, status of vesting and description of Benefit

**13. Attachments:**
- [ ] Pay Stub
- [ ] Schedule C
- [ ] Monthly Expenses
- [ ] Other (describe)
- [ ] Check here if parties agree to waive Monthly Expenses form.

**14. Additional Information**
Currently living with family who are fully financially supporting me. Also

I swear (affirm) that:
A. To the best of my knowledge and belief, I have fully disclosed all income and all assets having any substantial value; and
B. I have reasonably estimated the fair market value of each asset; and
C. I understand that I have a duty to update the information provided in this financial affidavit for each court hearing; and
D. I understand that if a support order is issued in this case obligating me to pay support, it shall be my responsibility immediately to provide the Court with any change of address in writing. If I fail to do so, I may be held in default, found in contempt of court and a warrant may be issued for my arrest. (See USO Standing Order SO-4C.)

E. **Rule 1.25-A Compliance -- Family Division Only: (Initial one)**
- _____ I have complied with Rule 1.25-A regarding mandatory disclosure; OR
- **X** I understand my obligation to comply with Rule 1.25-A regarding mandatory disclosure. I have not fully complied with Rule 1.25-A due to:

Date: September 16, 2014
Signature:

State of New Hampshire, County of Carroll

The person signing this Financial Affidavit appeared and signed this before me and took oath that the statements set forth in this Financial Affidavit, together with any attachments listed in Section 13 above, are true to the best of his or her knowledge and belief.

This instrument was acknowledged before me on September 16, 2014 by David Brochu

My commission expires: 12/19/2017
Affix seal, if any

Signature of Notarial Officer / Title

I certify that on this date I provided a copy of this document to _____ (other party) or to Anne D. Barber, Esquire (other party's attorney) by: [✓] Hand-delivery OR [ ] US Mail OR
[ ] E-mail (Email only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: September 16, 2014

Signature: John P. Kalled

Case Name: _____
Case Number: _____

**FINANCIAL AFFIDAVIT**

*Note: Round all numbers to the nearest dollar. To convert weekly expenses to monthly, multiply by 4.33.*

### 1. Housing

| | |
|---|---|
| Rent | $ 0.00 |
| Mortgage Payment | $ 0.00 |
| Property Tax | $ 0.00 |
| Condo Fee | $ 0.00 |
| Home Maintenance | $ 0.00 |
| Snow Removal and Lawn Care | $ 0.00 |
| | $ |

### 2. Utilities

| | |
|---|---|
| Heating Oil | $ 0.00 |
| Wood and Coal | $ 0.00 |
| Propane and Natural Gas | $ 0.00 |
| Telephone | $ 0.00 |
| Electricity | $ 0.00 |
| Cable Television | $ 0.00 |
| Water and Sewer | $ 0.00 |
| Trash Collection | $ 0.00 |
| | $ 0.00 |

### 3. Insurance

| | |
|---|---|
| Homeowner | $ 0.00 |
| Renter | $ 0.00 |
| Vehicle | $ 0.00 |
| Health | $ 0.00 |
| Dental | $ 0.00 |
| Life | $ 0.00 |
| Disability | $ 0.00 |

### 4. Uninsured Health Care

| | |
|---|---|
| Medical | $ 0.00 |
| Dental | $ 0.00 |
| Orthodontics | $ 0.00 |
| Eye Care/Glasses/Contacts | $ 0.00 |
| Prescription Drugs | $ 0.00 |
| Therapy and Counseling | $ 0.00 |
| | $ |

### 5. Transportation

| | |
|---|---|
| Primary Vehicle Payment | $ 0.00 |
| Other Vehicle Payments | $ 0.00 |
| Vehicle Maintenance | $ 0.00 |
| Gas and Oil | $ 0.00 |
| Registration and Tax | $ 0.00 |
| | $ 0.00 |

### 6. General and Personal

| | |
|---|---|
| Groceries | $ 0.00 |
| Meals Eaten Out | $ 0.00 |
| Tobacco/Alcohol Products | $ 0.00 |
| Clothing and Shoes | $ 0.00 |
| Hair Care | $ 0.00 |
| Toiletries and Cosmetics | $ 0.00 |
| Pet Food and Care | $ 0.00 |
| Church and Charities | $ 0.00 |
| Laundry and Dry Cleaning | $ 0.00 |
| Gifts | $ 0.00 |
| Newspapers and Magazines | $ 0.00 |
| Education (personal) | $ 0.00 |
| Dues and Memberships | $ 0.00 |
| Vacations | $ 0.00 |
| Entertainment and Recreation | $ 0.00 |
| Visitation Expenses | $ 0.00 |
| | $ |

### 7. Children's Expense and Activities

| | |
|---|---|
| Children's Clothing and Shoes | $ 0.00 |
| Diapers | $ 0.00 |
| Day Care | $ 0.00 |
| School Supplies | $ 0.00 |
| School Lunches | $ 0.00 |
| Tuition and Lessons | $ 0.00 |
| Sports and Camp | $ 0.00 |
| | $ |

### 8. Financial

| | |
|---|---|
| Federal Income Tax | $ 0.00 |
| Social Security and Medicare | $ 0.00 |
| Loan Payments | $ 0.00 |
| Other Debts | $ 0.00 |
| Savings | $ 0.00 |
| 401(k) | $ 0.00 |
| IRA | $ 0.00 |
| Other Retirement Plans | $ 0.00 |
| | $ |
| | $ |

### 9. Other Expenses

| | |
|---|---|
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

| | |
|---|---|
| **TOTAL MONTHLY EXPENSES** | $ 0.00 |